THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD FRANKEL, Appellant, *v.* JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted April 4, 1939; decided April 18, 1939.

*Richard T. Anderson* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Appeal dismissed on the ground no leave to appeal has been granted from the unanimous affirmance. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.